THOMAS R. PARKER (SBN 141835)
Mendocino County Counsel's Office
501 Low Gap Road, Room 1030
Ukiah, CA 95482
Telephone: (707) 234-6885
Facsimile: (707) 463-4592
Email: parkert@co.mendocino.ca.us


WILLIAM L. OSTERHOUDT (SBN 043021)
FRANK S. MOORE (SBN 158029)
DEAN B. ARNOLD (SBN 282118)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

# IN THE UNITED STATES DISTRICT COURT,

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ) | **Case No. CR 12-90877-MISC RS** |
| ) | |
| IN RE GRAND JURY SUBPOENAS, ) | |
| ) | |
| MENDOCINO COUNTY, CALIFORNIA ) | STIPULATION OF PARTIES FOR |
| ) | CONTINUANCE OF HEARING AND |
| ) | [PROPOSED] ORDER |
| ) | |
| ) | |
| ) | |

By the foregoing, William L. Osterhoudt and Thomas R. Parker on behalf of Mendocino

County, and Assistant United States Attorney Richard C. Cheng, on behalf of the United States of

America, stipulate and agree, and jointly request that the hearing date currently scheduled for

Tuesday, February 19, 2013 at 2:30p.m. be continued to Tuesday, March 19, 2013 at 2:30 p.m.

*Stipulation of the Parties for Continuance of Hearing and Proposed Order, Case No. Cr-12-90877-MISC RS*

**SO STIPULATED.**

Date:   February 6, 2013          /s/   Thomas R. Parker
                                  THOMAS R. PARKER
                                  Mendocino County Counsel's Office


Date:   February 6, 2013          /s/    William L. Osterhoudt
                                  WILLIAM L. OSTERHOUDT
                                  Law Offices of William Osterhoudt


Date:   February 6, 2013          /s/   Richard C. Cheng
                                  RICHARD C. CHENG
                                  Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Based on the Stipulation of the Parties, and GOOD CAUSE APPEARING, the Court

vacates the February 19, 2013 hearing date for the motion to quash grand jury subpoena, and sets a

hearing date of March 19, 2013, at 2:30 p.m.

**IT IS SO ORDERED.**


Date:   February  6 , 2013        _____

                                  HONORABLE RICHARD SEEBORG
                                  United States District Judge

*Stipulation of the Parties for Continuance of Hearing and Proposed Order, Case No. Cr-12-90877-MISC RS*