UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS, <br> MENDOCINO COUNTY, CALIFORNIA | Criminal Case No. CR 12-90877 MISC RS <br><br> ORDER |

For the reasons stated in the parties Stipulation To Continue, and for good cause shown, the Court vacates the March 19, 2013 hearing date for motion to quash grand jury subpoena, and sets a hearing date of April 16, 2013, at 2:30 p.m.

DATED: 3/19/13

HON. RICHARD SEEBORG
United States District Judge